# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

          Plaintiff,

-against-   _____ Civ. _____ (_____)

DARREN K. INDYKE and RICHARD D. KAHN, in their capacities as executors of the ESTATE OF JEFFREY E. EPSTEIN, et al.

**MOTION FOR ADMISSION PRO HAC VICE**

          Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Robert Samuel Glassman, Esq. hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff, Jane Doe in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of California, District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: January 16, 2020

Respectfully Submitted,

Robert Samuel Glassman

Applicant Signature: *R. Glas* (signature)

Applicant's Name: Robert Samuel Glassman

Firm Name: Panish Shea & Boyle LLP

Address: 11111 Santa Monica Blvd., Suite 700

City/State/Zip: Los Angeles, CA 90025

Telephone/Fax: 310-477-1700 / 310-477-1699

Email: glassman@psblaw.com



**The State Bar** *of California*

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

888-800-3400     AttorneyRegulation@calbar.ca.gov

# CERTIFICATE OF STANDING

January 11, 2020

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ROBERT SAMUEL GLASSMAN, #269816 was admitted to the practice of law in this state by the Supreme Court of California on June 1, 2010 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Records

 

On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *Robert S Glassman*

was duly qualified and admitted on May 13, 2011 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 9, 2020.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.