UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

          Plaintiff,

-against-

DARREN K. INDYKE and RICHARD D. KAHN, in their capacities as executors of the ESTATE OF JEFFREY E. EPSTEIN, et al.

          Defendant.

____cv_____( )

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of __Robert Samuel Glassman, Esq.__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __California, District of Columbia__; and that his/her contact information is as follows (please print):

 Applicant's Name: __Robert Samuel Glassman__

 Firm Name: __Panish Shea & Boyle LLP__

 Address: __11111 Santa Monica Blvd., Suite 700__

 City / State / Zip: __Los Angeles, CA 90025__

 Telephone / Fax: __310-477-1700 / 310-477-1699__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Plaintiff, Jane Doe__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

                     _____
                     United States District / Magistrate Judge