PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>v.<br><br>DARREN K. INDYKE and RICHARD D. KAHN, in their capacities as executors of the ESTATE OF JEFFREY E. EPSTEIN, GHISLAINE MAXWELL, an individual,<br><br>        Defendants. | Case No. __1:20-cv-00484__<br><br>**NOTICE OF PLAINTIFF'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM** |

Plaintiff Jane Doe, through her attorneys of record, move this Court for an order allowing her to proceed in the above-captioned matter using pseudonyms. Plaintiff makes this request in order to protect herself from harassment, retaliation and injury. In support, Plaintiff files herewith the Plaintiff's Memorandum in Support of her Motion to Proceed by Pseudonym.

Respectfully submitted,

Dated: __January 16, 2020__

_____
Kevin Boyle (admission pending)
Robert Glassman (admission pending)
Nathan Werksman (admission pending)

PANISH SHEA & BOYLE LLP
11111 Santa Monica Blvd., Suite 700
Los Angeles, CA 90025
Telephone:  (310) 477-1700
Facsimile: (310) 477-1699
boyle@psblaw.com
glassman@psblaw.com
werksman@psblaw.com

/s/ Benedict P. Morelli
Benedict P. Morelli
David T. Sirotkin
Sara A. Mahoney

MORELLI LAW FIRM PLLC

1

777 Third Avenue, 31st Floor
New York, NY 10017
Telephone: (212) 751-9800
Facsimile: (212) 751-0046
bmorelli@morellilaw.com
dsirotkin@morellilaw.com
smahoney@morellilaw.com

*Attorneys for Plaintiff*