**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JANE DOE,<br><br>     Plaintiff,<br><br>v.<br><br>DARREN K. INDYKE and RICHARD D. KAHN, in their capacities as executors of the ESTATE OF JEFFREY E. EPSTEIN, GHISLAINE MAXWELL, an individual,<br><br>     Defendants. | Case No. 1:20-cv-00484<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM** |

The Court, having reviewed the Plaintiff's Motion to Proceed by Pseudonym, the Plaintiff's memorandum of law in support of her motion and any opposition thereto, the pleadings and papers filed herein, and upon any such other matters as may be presented to the Court at the time of the hearing on this motion, if any, hereby GRANTS the Plaintiff's Motion to Proceed by Pseudonym as follows:

Jane Doe is permitted to proceed by pseudonym in the above-captioned matter.

DATED: _____

_____
United States District Judge

1