# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                Plaintiff,

-against-                      1:20 Civ. 00484 (____)

DARREN K. INDYKE and RICHARD D. KAHN, in their capacities as executors of the ESTATE OF JEFFREY E. EPSTEIN, et al.

                **MOTION FOR ADMISSION PRO HAC VICE**

                Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Robert Samuel Glassman, Esq. hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff, Jane Doe in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of California, District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: January 16, 2020

Respectfully Submitted,

Robert Samuel Glassman

Applicant Signature: *R. Glassman* (signature)

Applicant's Name: Robert Samuel Glassman

Firm Name: Panish Shea & Boyle LLP

Address: 11111 Santa Monica Blvd., Suite 700

City/State/Zip: Los Angeles, CA 90025

Telephone/Fax: 310-477-1700 / 310-477-1699

Email: glassman@psblaw.com