PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

        Plaintiff,

        v.

DARREN K. INDYKE and RICHARD D. KAHN, in their capacities as executors of the ESTATE OF JEFFREY E. EPSTEIN, GHISLAINE MAXWELL, an individual,

        Defendants.

Case No. 1:20-cv-00484___

**DECLARATION OF ROBERT SAMUEL GLASSMAN IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE**

I, Robert Samuel Glassman, hereby declare as follows:

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3. There is no pending disciplinary proceedings against me in any state or federal court.

4. I am a member in good standing of the bars of the State of California and Washington D.C.

I hereby declare under penalty of perjury that the foregoing statements are true and correct.

        Respectfully submitted,

Dated: January 21, 2020

        _____
        Robert S. Glassman
        PANISH SHEA & BOYLE LLP
        11111 Santa Monica Blvd., Suite 700
        Los Angeles, CA 90025
        Telephone:  (310) 477-1700
        Facsimile: (310) 477-1699
        glassman@psblaw.com
        *Attorneys for Plaintiff*