UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

JANE DOE

               Plaintiff,

-against-

DARREN K. INDYKE and RICHARD D. KAHN, in their capacities as executors of the ESTATE OF JEFFREY E. EPSTEIN, et.al

               Defendant.

1:20- Civ. 00484  ( JGK )

MOTION FOR ADMISSION

PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Kevin R. Boyle hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Jane Doe in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of California and Washington D.C and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: January 10, 2020

Respectfully Submitted,

Kevin R. Boyle

Applicant Signature: _____

Applicant's Name: Kevin R Boyle

Firm Name: PANISH SHEA & BOYLE, LLP

Address: 11111 Santa Monica Blvd. Ste 700

City/State/Zip: Los Angeles, California 90025

Telephone/Fax: 310-477-1700/ 310-477-1699

Email: Boyle@psblaw.com