# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, | Case No. 1:20-cv-00484 |
| Plaintiff, | |
| v. | **DECLARATION OF KEVIN R. BOYLE IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE** |
| DARREN K. INDYKE and RICHARD D. KAHN, in their capacities as executors of the ESTATE OF JEFFREY E. EPSTEIN, GHISLAINE MAXWELL, an individual, | |
| Defendants. | |

I, Kevin R. Boyle, hereby declare as follows:

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3. There is no pending disciplinary proceedings against me in any state or federal court.

4. I am a member in good standing of the bars of the State of California and Washington D.C.

I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Respectfully submitted,

Dated: __January 21, 2020__

_____

Kevin Boyle
PANISH SHEA & BOYLE LLP
11111 Santa Monica Blvd., Suite 700
Los Angeles, CA 90025
Telephone: (310) 477-1700
Facsimile: (310) 477-1699
boyle@psblaw.com

*Attorneys for Plaintiff*

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax