

On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## Kevin R Boyle

was duly qualified and admitted on June 4, 1999 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 16, 2020.**

*Julio A. Castillo*

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.



The State Bar *of California*

180 Howard Street, San Francisco, CA 94105         888-800-3400         AttorneyRegulation@calbar.ca.gov

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

# CERTIFICATE OF STANDING

January 11, 2020

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, KEVIN RICHARD BOYLE, #192718 was admitted to the practice of law in this state by the Supreme Court of California on December 11, 1997 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Records