Troutman Sanders LLP
875 Third Avenue
New York, New York 10022

troutman.com



**Bennet J. Moskowitz**
bennet.moskowitz@troutman.com

January 23, 2020

**ECF**

Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Jane Doe v. Darren K. Indyke and Richard D. Kahn, in their capacities as co-executors of the Estate of Jeffrey E. Epstein, and Ghislaine Maxwell*, 1:20-cv-00484-JGK

Dear Judge Koeltl:

We represent Darren K. Indyke and Richard D. Kahn, Co-Executors of the Estate of Jeffrey E. Epstein (together, the "Co-Executors"), in the above-referenced action.  We write to respectfully request the Court's approval of the parties' agreement described below.

On January 22, 2020, subject to the Court's approval: (1) we agreed to accept service of Plaintiff's Complaint (ECF #9) on the Co-Executors' behalf; (2) Plaintiff consented to the Co-Executors having through Monday, March 23, 2020 to answer, move or otherwise respond to Plaintiff's Complaint and Motion to Proceed by Pseudonym (ECF #5); and (3) the parties agreed to adjourn the initial case conference in this matter to a mutually agreeable time after the Co-Executors' deadline to respond to the Complaint.  There have been no previous requests for adjournments or extensions of time in this action.

Respectfully submitted,

*/s/ Bennet J. Moskowitz*
Bennet J. Moskowitz