**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

JANE DOE,

Plaintiff,

-against-                                          _____ 1:20 Civ. _____ 00484 ____ (_____)

DARREN K. INDYKE and RICHARD D. KAHN, in their          **MOTION FOR ADMISSION**
capacities as executors of the ESTATE OF JEFFREY E. EPSTEIN, et al.
                                                        **PRO HAC VICE**

_____ Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern

Districts of New York, _____ Robert Samuel Glassman, Esq. _____ hereby move this Court

for an Order for admission to practice Pro Hac Vice to appear as counsel for

_____ Plaintiff , Jane Doe _____ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of____ California , District of Columbia ____ and

there are no pending disciplinary proceedings against me in any state or federal court. I have

never been convicted of a felony. I have never been censured, suspended, disbarred or denied

admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: January 16, 2020                    Respectfully Submitted,

                                           ____ Robert Samuel Glassman _____

                                           Applicant Signature: _R·Gla_____

                                           Applicant's Name:____ Robert Samuel Glassman _____

                                           Firm Name:____ Panish Shea & Boyle  LLP _____

                                           Address:____ 11111 Santa Monica Blvd.,  Suite 700 _____

                                           City/State/Zip:____ Los Angeles, CA  90025 _____

                                           Telephone/Fax:____ 310-477-1700 / 310-477-1699 _____

                                           Email:____ glassman@psblaw.com _____