**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>    v.<br><br>DARREN K. INDYKE and RICHARD D. KAHN, in their capacities as executors of the ESTATE OF JEFFREY E. EPSTEIN, GHISLAINE MAXWELL, an individual,<br><br>        Defendants. | Case No. 1:20-cv-00484___<br><br>**DECLARATION OF ROBERT SAMUEL GLASSMAN IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE** |

I, Robert Samuel Glassman, hereby declare as follows:

1. I have never been convicted of a felony.
2. I have never been censured, suspended, disbarred or denied admission or readmission by any court.
3. There is no pending disciplinary proceedings against me in any state or federal court.
4. I am a member in good standing of the bars of the State of California and Washington D.C.

I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Respectfully submitted,

Dated: January 21, 2020

_____
Robert S. Glassman
PANISH SHEA & BOYLE LLP
11111 Santa Monica Blvd., Suite 700
Los Angeles, CA 90025
Telephone: (310) 477-1700
Facsimile: (310) 477-1699
glassman@psblaw.com
*Attorneys for Plaintiff*

1