**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JANE DOE,

Plaintiff,

-against-

DARREN K. INDYKE and RICHARD D. KAHN, in their
capacities as executors of the ESTATE OF JEFFREY E. EPSTEIN, et al.

Defendant.

1:20 cv _____ 00484 ( )

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The  motion of _____ Robert Samuel Glassman, Esq. _____, for admission to

practice Pro Hac Vice in the above captioned action is granted.

Applicant  has declared that he/she is a member  in good standing of the bar(s) of the state(s) of

_____ California , District of Columbia _____; and that his/her contact information is as follows

(please print):

Applicant's Name: ___ Robert Samuel Glassman _____

Firm Name: _____ Panish Shea & Boyle LLP _____

Address: _____ 11111 Santa Monica Blvd., Suite 700 _____

City / State / Zip: ___ Los Angeles, CA 90025 _____

Telephone / Fax: ____ 310-477-1700 / 310-477-1699 _____

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

_____ Plaintiff, Jane Doe _____ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above

captioned case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.

Dated:_____                  _____

United States District / Magistrate Judge