# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

JANE DOE

                Plaintiff,

-against-

DARREN K. INDYKE and RICHARD D. KAHN, in their capacities as executors of the ESTATE OF JEFFREY E. EPSTEIN, et.al

                Defendant.

1:20- Civ. 00484 ( JGK )

## MOTION FOR ADMISSION
## PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, __Kevin R. Boyle__ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __Jane Doe__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __California and Washington D.C__ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: January 10, 2020

Respectfully Submitted,

Kevin R. Boyle

Applicant Signature: _[signature]_

Applicant's Name: Kevin R Boyle

Firm Name: PANISH SHEA & BOYLE, LLP

Address: 11111 Santa Monica Blvd. Ste 700

City/State/Zip: Los Angeles, California 90025

Telephone/Fax: 310-477-1700/ 310-477-1699

Email: Boyle@psblaw.com