UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE
                    Plaintiff,

-against-

DARREN K. INDYKE and RICHARD D. KAHN, in their capacities as executors of the ESTATE OF JEFFREY E. EPSTEIN, et.al
                    Defendant.

1:20-cv-00484  ( JGK )

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of __Kevin R. Boyle__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __California and Washington D.C.__; and that his/her contact information is as follows (please print):

Applicant's Name: Kevin R. Boyle
Firm Name: PANISH SHEA & BOYLE, LLP
Address: 11111 Santa Monica Blvd. Ste 700
City / State / Zip: Los Angeles, California 90025
Telephone / Fax: 310-477-1700/310-477-1699

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Plaintiff, Jane Doe__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge