**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JANE DOE,

                              Plaintiff,

                                                    1:20 cv _____ 00484 ( _____ )

              -against-
DARREN K. INDYKE and RICHARD D. KAHN, in their          **ORDER FOR ADMISSION**
capacities as executors of the ESTATE OF JEFFREY E. EPSTEIN, et al.    **PRO HAC VICE**
                              Defendant.

_____

        The motion of _____ Robert Samuel Glassman, Esq. _____, for admission to

practice Pro Hac Vice in the above captioned action is granted.

        Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

_____ California , District of Columbia _____; and that his/her contact information is as follows

(please print):

        Applicant's Name: _____ Robert Samuel Glassman _____

        Firm Name: _____ Panish Shea & Boyle LLP _____

        Address: _____ 11111 Santa Monica Blvd., Suite 700 _____

        City / State / Zip: _____ Los Angeles, CA 90025 _____

        Telephone / Fax: _____ 310-477-1700 / 310-477-1699 _____

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

    Plaintiff, Jane Doe _____ in the above entitled action;

        **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above

captioned case in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.

Dated: _____ 2/7/20

                                        United States District / Magistrate Judge

            USDC SDNY
            DOCUMENT
            ELECTRONICALLY FILED
            DOC# _____
            DATE FILED: _____ 2·10·20