**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------ X

JANE DOE,

                        Plaintiff,

   - against –

**DARREN INDYKE, ET AL.,**

                      Defendants.
------------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2·11·20

**20-cv-0484 (JGK)**

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

**JOHN G. KOELTL, District Judge:**

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| _x_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* <br><br> _____ <br><br> _____ <br><br> If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral is: _____ | ___ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) <br><br> Purpose:_____ |
| | | ___ | Habeas Corpus |
| | | ___ | Social Security |
| ___ | Settlement* | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ | Inquest After Default/Damages Hearing | | Particular Motion:_____ <br><br> _____ <br><br> All such motions: ____ |

**SO ORDERED.**

DATED:    New York, New York
               February 10, 2020

                                                               _/s/ John G. Koeltl_
                                                               **John G. Koeltl**
                                                               **United States District Judge**

* Do not check if already referred for general pretrial.