UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
JANE DOE,

      Plaintiff,

  v.

DARREN K. INDYKE AND RICHARD D.
KAHN, in their capacities as executors of the
ESTATE OF JEFFREY E. EPSTEIN,
GHISLAINE MAXWELL, an individual

      Defendants.
------------------------------------- X

Index No. 1:20-cv-00484-JGK-DCF

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Molly S. DiRago hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Darren K. Indyke and Richard D. Kahn as Co-Executors of the Estate of Jeffrey E. Epstein (together, the "Co-Executors"), in the above-captioned action.

I am in good standing of the bar(s) of the state of Illinois and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: February 14, 2020                                  Respectfully Submitted,

 /s/ Mary "Molly" S. DiRago
Mary "Molly" S. DiRago (Pro Hac Vice Pending)
Troutman Sanders LLP
One North Wacker Drive, Suite 2905
Chicago, 60606
(312) 759-1926
(312) 759-1939 (Fax)
molly.dirago@troutman.com

*Attorneys for Defendants Darren K. Indyke and Richard D. Kahn, Co-Executors of the Estate of Jeffrey E. Epstein*