UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
JANE DOE,

        Plaintiff,

  v.                                      Index No. 1:20-cv-00484-JGK-DCF

DARREN K. INDYKE AND RICHARD D.
KAHN, in their capacities as executors of the
ESTATE OF JEFFREY E. EPSTEIN,
GHISLAINE MAXWELL, an individual

        Defendants.
---------------------------------------- X

## AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Mary "Molly" S. DiRago, declare as follow:

1. I am a member in good standing of the State Bar of Illinois and an associate with the law firm Troutman Sanders LLP, counsel for Defendants, Darren K. Indyke and Richard D. Kahn as Co-Executors of the Estate of Jeffrey E. Epstein (together, the "Co-Executors"). I submit this affidavit in support of my Motion for Admission Pro Hac Vice before this Court.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. There are no disciplinary proceedings presently against me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  February 14, 2020          Respectfully Submitted,

                                           /s/ Mary "Molly" S. DiRago
                                           Mary "Molly" S. DiRago (Pro Hac Vice Pending)
                                           Troutman Sanders LLP
                                           One North Wacker Drive, Suite 2905
                                           Chicago, 60606
                                           (312) 759-1926
                                           (312) 759-1939 (Fax)
                                           molly.dirago@troutman.com

*Attorneys for Defendants Darren K. Indyke and Richard D. Kahn, Co-Executors of the Estate of Jeffrey E. Epstein*