UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2·19·20

------------------------------------- X

JANE DOE,

        Plaintiff,

v.

DARREN K. INDYKE AND RICHARD D. KAHN, in their capacities as executors of the ESTATE OF JEFFREY E. EPSTEIN, GHISLAINE MAXWELL, an individual

        Defendants.

------------------------------------- X

Index No. 1:20-cv-00484-JGK-DCF

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Mary "Molly" S. DiRago for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar(s) of the state(s) of Illinois; and that her contact information is as follows:

Mary "Molly" S. DiRago
Troutman Sanders LLP
One North Wacker Drive, Suite 2905
Chicago, 60606
(312) 759-1926
(312) 759-1939 (Fax)
molly.dirago@troutman.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Darren K. Indyke and Richard D. Kahn as Co-Executors of the Estate of Jeffrey E. Epstein (together, the "Co-Executors"), in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

1

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 2/18/20

_____
United States District/Magistrate Judge