Troutman Sanders LLP
875 Third Avenue
New York, New York 10022

troutman.com



**Bennet J. Moskowitz**
bennet.moskowitz@troutman.com

March 23, 2020

**VIA ECF**

Hon. Debra Freeman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   Jane Doe v. Darren K. Indyke and Richard D. Kahn, in their capacities as co-executors of the Estate of Jeffrey E. Epstein, 1:20-cv-00484-JGK-DCF

Dear Judge Freeman:

We represent Defendants Darren K. Indyke and Richard D. Kahn, Co-Executors of the Estate of Jeffrey E. Epstein (together, the "Co-Executors"), in the above-referenced action. We write to request a four day extension of the deadline for the Co-Executors to respond to Plaintiff's Complaint, from today to this Friday. We requested this extension because of difficulties arising from the COVID-19 outbreak and related lockdown of the tri-state area. Plaintiff consents to this request. The requested extension will not impact any other deadlines in this action.

Respectfully submitted,

/s/ *Bennet J. Moskowitz*

Bennet J. Moskowitz