Troutman Sanders LLP
875 Third Avenue
New York, New York  10022

troutman.com



**Bennet J. Moskowitz**
bennet.moskowitz@troutman.com

March 30, 2020

<u>**VIA ELECTRONIC COURT FILING**</u>

Hon. Debra Freeman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    **Re:**    *<u>Jane Doe v. Darren K. Indyke and Richard D. Kahn, in their capacities as co-executors of the Estate of Jeffrey E. Epstein and Ghislaine Maxwell</u>*, **1:20-cv-00484-JGK-DCF**

Dear Judge Freeman:

We represent Defendants Darren K. Indyke and Richard D. Kahn, Co-Executors of the Estate of Jeffrey E. Epstein, in the above-referenced action.  We write to request that you enter the enclosed proposed scheduling order, to which Plaintiff Jane Doe has agreed.

    Respectfully submitted,

    *<u>/s/ Bennet J. Moskowitz</u>*
    Bennet J. Moskowitz

Encl.: Proposed Scheduling Order