Troutman Sanders LLP
875 Third Avenue
New York, New York  10022

troutman.com



**Bennet J. Moskowitz**
bennet.moskowitz@troutman.com

April 1, 2020

**VIA ECF**

Hon. Debra C. Freeman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   Jane Doe v. Darren K. Indyke and Richard D. Kahn, in their capacities as co-executors of the Estate of Jeffrey E. Epstein, 1:20-cv-00484-JGK-DCF

Dear Judge Freeman:

We represent Defendants Darren K. Indyke and Richard D. Kahn, Co-Executors of the Estate of Jeffrey E. Epstein (together, the "Co-Executors"), in the above-referenced action.  On March 27, 2020, Judge Koeltl granted the Co-Executors leave to file a motion to dismiss Plaintiff's Complaint (ECF Doc. No. 30).  However, the Court did not set a briefing schedule.  Accordingly, we write to request Your Honor's approval of the parties' agreed briefing schedule for Defendants' motion to dismiss, as follows:

- The Co-Executors shall file their motion to dismiss on or before **April 17, 2020**;
- Plaintiff shall file her response to the Co-Executors' motion to dismiss on or before **April 27, 2020**; and
- The Co-Executors shall file their reply in support of their motion to dismiss on or before **May 11, 2020**.

Respectfully submitted,

/s/ *Bennet J. Moskowitz*

Bennet J. Moskowitz