UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

      Plaintiff,

v.

DARREN K. INDYKE and RICHARD D. KAHN,
in their capacities as the executors of the
ESTATE OF JEFFREY EDWARD EPSTEIN and
GHISLAINE MAXWELL, an individual,

      Defendants.

CASE NO: 20-cv-00484-JGK-DCF

[~~PROPOSED~~] **SCHEDULING ORDER**

**DEBRA FREEMAN, United States Magistrate Judge:**

    It is hereby ORDERED that:

1. The parties shall serve their initial disclosures no later than April 10, 2020.

2. The parties shall serve their initial document requests and interrogatories no later than April 20, 2020.

3. Any motions to amend the pleadings or to join any additional parties shall be filed no later than May 14, 2020.

4. The parties shall confer and stipulate as to a protocol regarding the production of documents and electronically stored information no later than June 1, 2020.

5. All fact discovery shall be completed no later than July 21, 2020.

6. Expert discovery shall be conducted on the following schedule:

    a. Plaintiff's expert reports shall be served no later than July 21, 2020.
    b. Defendants' rebuttal reports shall be served no later than August 21, 2020.
    c. Expert discovery shall be completed no later than September 8, 2020.

7. The parties may stipulate to modify interim deadlines in this Scheduling Order, without seeking prior leave of Court.

8. The parties shall submit joint status reports to the Court, regarding discovery and the progress of settlement discussions no later than June 19, 2020.

Dated: New York, New York
      April 1, 2020

SO ORDERED

_____
DEBRA C. FREEMAN
United States Magistrate Judge

2