Troutman Sanders LLP
875 Third Avenue
New York, New York  10022



troutman.com

**Bennet J. Moskowitz**
**D: 212-704-6000**
bennet.moskowitz@troutman.com

April 17, 2020

**<u>VIA ELECTRONIC COURT FILING</u>**

Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:**     ***<u>Jane Doe v. Darren K. Indyke and Richard D. Kahn, in their capacities as co-executors</u>***
***<u>of the Estate of Jeffrey E. Epstein</u>, 1:20-cv-00484-JGK-DCF***

Dear Judge Koeltl:

We represent Darren K. Indyke and Richard D. Kahn, Co-Executors of the Estate of Jeffrey E.
Epstein, in the above-referenced action. We write pursuant to Your Honor's Individual Practices
§ 2G to request oral argument on the Co-Executors' Motion to Dismiss. (ECF No. 37).

Respectfully submitted,

s/*<u>Bennet J. Moskowitz</u>*
Bennet J. Moskowitz

cc: Counsel of Record (via ECF)