**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JANE DOE,<br><br>            *Plaintiff*,<br><br>    v.<br><br>DARREN K. INDYKE and RICHARD D. KAHN, in their capacities as executors of the ESTATE OF JEFFREY E. EPSTEIN, and GHISLAINE MAXWELL, an individual,<br><br>            *Defendants.* | **CASE NO. 1:20-CV-00484-JGK-DCF**<br><br>**DECLARATION IN SUPPORT OF CO-EXECUTORS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

BENNET J. MOSKOWITZ hereby declares as follows:

1. I am a member of the bar of the State of New York.

2. I am a partner at Troutman Sanders LLP, counsel of record for Defendants Darren K. Indyke and Richard D. Kahn, Co-Executors of the Estate of Jeffrey E. Epstein (together, the "Co-Executors").

3. I am fully familiar with the facts and circumstances set forth herein.

4. I submit this declaration in support of the Co-Executors' Reply in Support of their Motion to Dismiss Plaintiff's Complaint (ECF No. 40).

5. The sole purpose of this Declaration is to place before the Court copies of the Opinions & Orders entered in *Mary Doe v. Darren K. Indyke and Richard D. Kahn et al.*, No. 19-cv-10758 (PAE)(DCF) (S.D.N.Y April 28, 2020) (ECF No. 38); and *Jane Doe 15 v. Darren K. Indyke and Richard D. Kahn et al.*, No. 19-cv-10653 (PAE)(DCF) (S.D.N.Y. April 30, 2020) (ECF No. 39) which are attached hereto as **Exhibits A and B**, respectively.

I declare under penalty of perjury that the foregoing is true and correct.

42269630v1

- 2 -

Dated: New York, New York
       May 11, 2020

                                         */s/ Bennet J. Moskowitz*
                                         Bennet J. Moskowitz

- 2 -