UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>                              Plaintiff,<br><br>   v.<br><br>DARREN K. INDYKE and RICHARD D. KAHN, in their capacities as executors of the ESTATE OF JEFFREY E. EPSTEIN, GHISLAINE MAXWELL, an individual,<br><br>                              Defendants | Case No. 1:20-cv-00484-JGK -DCF<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears as counsel for defendants Darren K. Indyke and Richard D. Kahn as Co-Executors of the Estate of Jeffrey E. Epstein in the above-captioned action. I certify that I am admitted to practice in this Court. All notices given or required to be given in this case shall be served upon the undersigned.

Dated: New York, New York.
       May 12, 2020

                                                          By:   */s/ Charles L. Glover*
                                                                Charles L. Glover
                                                                TROUTMAN SANDERS LLP
                                                                875 Third Avenue
                                                                New York, NY  10022
                                                                212.704.6000
                                                                Charles.Glover@troutman.com

                                                                *Attorneys for Defendants Darren K. Indyke*
                                                                *and Richard D. Kahn as Co-Executors of*
                                                                *the Estate of Jeffrey E. Epstein*

To: All Counsel of Record (*via ECF*)