UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>       Plaintiff,<br><br>       v.<br><br>DARREN K. INDYKE and RICHARD D. KAHN, in their capacities as executors of the ESTATE OF JEFFREY E. EPSTEIN, GHISLAINE MAXWELL, an individual,<br><br>       Defendants. | Case No. 1:20-cv-00484-JGK |

**NOTICE OF PLAINTIFF'S MOTION TO APPROVE ALTERNATE SERVICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(e)(1)**

PLEASE TAKE NOTICE that upon the accompanying memorandum of law dated May 27, 2020, Plaintiff Jane Doe will move this Court for an order granting Plaintiff's Motion to Approve Alternative Service Pursuant to Federal Rule of Civil Procedure 4(e)(1) upon Defendant Ghislaine Maxwell and finding that the service efforts made by Plaintiff's counsel are sufficient to notify Defendant Maxwell of the claims against her in this matter.

|  |  |
|---|---|
| Dated: May 27, 2020 | Respectfully submitted,<br><br>_____<br>Robert Glassman, Esq.<br><br>PANISH SHEA & BOYLE LLP<br>11111 Santa Monica Blvd., Suite 700<br>Los Angeles, CA 90025<br>Telephone:  (310) 477-1700<br>Facsimile: (310) 477-1699<br>boyle@psblaw.com<br>glassman@psblaw.com<br>werksman@psblaw.com<br><br>*Attorneys for Plaintiff* |