Troutman Sanders LLP
875 Third Avenue
New York, New York 10022

troutman.com



**Bennet J. Moskowitz**
bennet.moskowitz@troutman.com

June 3, 2020

**VIA ECF**

Hon. Debra C. Freeman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

**Re:** *Katlyn Doe*, 1:19-cv-07771-PKC-DCF; *Priscilla Doe*, 1:19-cv-07772-ALC-DCF; *Lisa Doe*, 1:19-cv-07773 ER-DCF; *VE.*, 1:19-cv-07625-AJN-DCF; *Jane Doe*, 1:19-cv-08673-KPF-DCF; *Farmer*, 1:19-cv-10475-LGS-DCF; *Helm*, 1:19-cv-10476-PGG-DCF; *Bryant*, 1:19-cv-10479-ALC-DCF; *Jane Doe 1000*, 1:19-cv-10577-LGS-DCF; *Jane Doe 15*, 1:19-cv-10653-PAE-DCF; *Mary Doe*, 1:19-cv-10758-PAE-DCF; *Davies*, 1:19-cv-10788-GHW-DCF; *Anastasia Doe*, 1:19-cv-11869-AJN-DCF; *Jane Doe*, 1:20-cv-00484-JGK-DCF

Dear Judge Freeman:

We represent Defendants Darren K. Indyke and Richard D. Kahn, Co-Executors of the Estate of Jeffrey E. Epstein (together, the "Co-Executors"), in the above-referenced actions. We are pleased to inform the Court that, today, the Superior Court of the United States Virgin Islands entered an order granting the Co-Executors' Motion to establish the Epstein Victims' Compensation Program. A copy of the Order is attached hereto.

Respectfully submitted,

*/s/ Bennet J. Moskowitz*
Bennet J. Moskowitz

cc: Counsel of Record (via ECF)