

**PANISH SHEA & BOYLE** LLP

June 16, 2020

**VIA ECF**

Hon. Debra C. Freeman
United States Courthouse
500 Pearl St.
New York, NY 10007

      **Re:**    **Jane Doe, 1:20-cv-00484-JGK-DCF**

Dear Judge Freeman:

      Pursuant to the Court's Text Order in the above-referenced case entered on June 15, 2020 regarding Plaintiff's Motion to Approve Alternate Service on Defendant Ghislaine Maxwell, Plaintiff has served Ms. Maxwell with a copy of the Text Order by emailing it to Ms. Maxwell's counsel of record in the Farmer case, Laura Menninger, and is now hereby filing proof of such service on the Docket of this action. A copy of such proof of service is attached hereto.

      Very truly yours,

Robert S. Glassman

RSG

## Keilah Betts

| | |
|---|---|
| **Sent:** | Tuesday, June 16, 2020 7:05 AM |
| **To:** | lmenninger@hmflaw.com |
| **Cc:** | Robert Glassman; Nathan Werksman; Claudia Lomeli |
| **Subject:** | Doe v. Indyke et al: Ghislaine Maxwell |
| **Attachments:** | Activity in Case 1:20-cv-00484-JGK-DCF Doe v. Indyke  et al Order on Motion for Miscellaneous Relief |

**Importance:** High

Dear Ms. Menninger – Please be advised that the Court has issued the attached minute order concerning service on your client Ghislaine Maxwell.  Plaintiff was ordered to give notice to you of this order via e-mail.

**Docket Text:**
**ORDER granting [43] Motion To Approve Alternate Service on Defendant Ghislaine Maxwell ("Maxwell"). Plaintiff's motion is unopposed, and, based on Plaintiff's representations regarding her unsuccessful efforts to locate Maxwell's current residence, her fruitless attempts to serve Maxwell at multiple locations, her equally fruitless attempts to contact Maxwell via several email addresses publicly associated with Maxwell, and her rejected request to Maxwell's known litigation counsel to accept service on Maxwell's behalf, this Court finds that Plaintiff has adequately demonstrated that she has made diligent efforts to effect service, and that personal service would be impracticable. See Ransome v. Epstein, No. 17cv616 (JGK), 2018 WL 637421, at *1 (S.D.N.Y. Jan. 30, 2018); see also Farmer v. Indyke, No. 19cv10475 (LGS)(DF) (Text Order, dated Feb. 12, 2020). This Court further finds that Plaintiff's provision of a copy of the Summons and Complaint by email to Maxwell's current counsel of record in the Farmer case (see Declaration of Robert S. Glassman, dated May 27, 2020 (Dkt. 43-2), Ex. 3) was reasonably calculated to place Maxwell on notice of this suit and to constitute sufficient service under the circumstances presented here. No later than 6/18/20, Plaintiff is directed to serve Maxwell with a copy of this Text Order by the same means (i.e., by email to Maxwell's counsel of record in the Farmer case), and to file proof of such service on the Docket of this action. Maxwell may then have until 7/9/20 to move, answer, or otherwise respond to the Complaint. (HEREBY ORDERED by Magistrate Judge Debra Freeman)(Text Only Order) (Freeman, Debra)**

Keilah Betts
**Panish Shea & Boyle LLP**
11111 Santa Monica Boulevard, Suite 700
Los Angeles, CA 90025
Tel: (310) 477-1700
Fax: (310) 477-1699
Email: betts@psblaw.com
Web: www.psblaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

1

If you are a potential client, the information you disclose to us by email will be kept in strict confidence and will be protected to the full extent of the law.  Please be advised, however, that Panish Shea & Boyle LLP and its lawyers do not represent you until you have signed a retainer agreement with the firm.  Until that time, you are responsible for any statutes of limitations or other deadlines for your case or potential case.