Troutman Sanders LLP
875 Third Avenue
New York, New York  10022



troutman.com

**Bennet J. Moskowitz**
**D: 212-704-6000**
bennet.moskowitz@troutman.com

June 24, 2020

**Via ECF**

Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     *Jane Doe v. Darren K. Indyke and Richard D. Kahn, in their capacities as co-executors of the Estate of Jeffrey E. Epstein, and Ghislaine Maxwell, an individual*, <u>1:20-cv-00484-JGK-DCF</u>

Dear Judge Koeltl:

We represent Defendants Darren K. Indyke and Richard D. Kahn, Co-Executors of the Estate of Jeffrey E. Epstein (together, the "<u>Co-Executors</u>"), in the above-referenced action.  We write to further supplement the Co-Executors' pending motion to dismiss (ECF Doc. 36) with the enclosed Opinion & Orders entered in two other personal injury actions against the Co-Executors.  The first was entered earlier this month by The Hon. Edgardo Ramos in *Lisa Doe v. Darren K. Indyke and Richard D. Kahn, as Joint Personal Representatives of the Estate of Jeffrey E. Epstein, et al.* (19-cv-07773 (ER) (DCF)).  The second was entered yesterday by The Hon. Katherine Polk Failla in *Jane Doe v. Darren K. Indyke and Richard D. Kahn, in their capacities as co-executors of the Estate of Jeffrey E. Epstein* (19-cv-08673 (KPF) (DCF)).  In both Opinion & Orders, the sister courts grant the Co-Executors' motions to dismiss the plaintiffs' punitive damages claim against them as a matter of law on grounds applicable to Plaintiff's claim for punitive damages in this action.

Respectfully submitted,

<u>s/Bennet J. Moskowitz</u>
Bennet J. Moskowitz

cc: Counsel of Record (via ECF)