**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------X

JANE DOE,

Plaintiff,

v.

DARREN K. INDYKE and RICHARD D.
KAHN, in their capacities as executors of the
ESTATE OF JEFFREY E. EPSTEIN,
GHISLAINE MAXWELL, an individual,

     Defendants.

-------------------------------------------------X

**20-cv-00484-JGK**

## <u>NOTICE OF APPEARANCE</u>

     PLEASE TAKE NOTICE that the undersigned attorney, Laura A. Menninger, who is a

member in good standing of the bar of this Court, hereby appears as counsel for Defendant

Ghislaine Maxwell in the above-captioned proceeding.

Dated: Denver, Colorado
       July 9, 2020.

                        Respectfully submitted,

                        */s/ Laura A. Menninger*
                        Laura A. Menninger (LM-1374)
                        HADDON, MORGAN AND FOREMAN, P.C.
                        150 East 10th Avenue
                        Denver, CO 80203
                        Phone:   303.831.7364
                        Fax:     303.832.2628
                        lmenninger@hmflaw.com

                        *Attorney for Ghislaine Maxwell*