UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>                    Plaintiff,<br><br>   v.<br><br>DARREN K. INDYKE and RICHARD D. KAHN, in their capacities as executors of the ESTATE OF JEFFREY E. EPSTEIN, GHISLAINE MAXWELL, an individual,<br><br>                    Defendants | Case No. 1:20-cv-00484-JGK -DCF<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears as counsel for defendants Darren K. Indyke and Richard D. Kahn as Co-Executors of the Estate of Jeffrey E. Epstein in the above-captioned action.  I certify that I am admitted to practice in this Court. All notices given or required to be given in this case shall be served upon the undersigned.

Dated:  New York, New York.
        July 16, 2020

By:   */s/ Mary Grace W. Metcalfe*
      Mary Grace W. Metcalfe
      TROUTMAN PEPPER LLP
      875 Third Avenue
      New York, NY 10022
      212.704.6000
      MaryGrace.Metcalfe@troutman.com

      *Attorneys for Defendants Darren K. Indyke and Richard D. Kahn as Co-Executors of the Estate of Jeffrey E. Epstein*

To: All Counsel of Record (*via ECF*)