UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                         Plaintiff,

    -against-

DARREN K. INDYKE, et al.,

                        Defendants.

20cv00484 (JGK) (DF)

**SCHEDULING ORDER**

**DEBRA FREEMAN, United States Magistrate Judge:**

The above-captioned case having been referred to me for general pretrial supervision, it is hereby ORDERED as follows:

1. The Court will hold a telephonic initial pretrial conference in this case on August 5, 2020 at 12:00 p.m. The parties are directed to call Toll-Free Number: 877-411-9748 and use Access Code: 9612281.

2. The parties are directed to file, no later than July 29, 2020, a jointly proposed discovery plan, pursuant to Rule 26(f) of the Federal Rules of Civil Procedure. This submission should address all of the matters set out in Rule 26(f)(3), and should specifically include proposed deadlines for:

    a. service of initial disclosures under Rule 26(a)(1);

    b. service of initial document requests and interrogatories;

    c. any motion for joinder of other parties or amendment of the pleadings;

    d. completion of fact discovery; and

    e. expert disclosures and the completion of expert discovery, if any.

3. It appears from the parties' recent correspondence to the Court (Dkts. 54, 56) that, even in advance of an initial pretrial conference, the parties have been engaging in discovery and

may have discovery disputes. Counsel are directed to confer fully, in good faith, in advance of the scheduled conference, to try to resolve any such disputes. If, despite full good-faith conference, any issues remain, this Court will consider those issues at the August 5 conference.

4. Counsel should also be prepared to address, at the conference, the potential for the settlement of this action.

Dated: New York, New York
      July 21, 2020

                                        SO ORDERED

                                        DEBRA FREEMAN
                                        United States Magistrate Judge

Copies to:

All counsel (via ECF)