Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York 10022

troutman.com

**Bennet J. Moskowitz**
bennet.moskowitz@troutman.com

July 29, 2020

<u>VIA ECF</u>

The Honorable Debra C. Freeman
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Jane Doe v. Darren K. Indyke and Richard D. Kahn, in their capacities as executors of the Estate of Jefferey E. Epstein, and Ghislaine Maxwell*, <u>No. 1:20-cv-00484-JGK-DCF</u>

Dear Judge Freeman:

We represent Defendants Darren K. Indyke and Richard D. Kahn, as Co-Executors of the Estate of Jeffrey E. Epstein, in the above-referenced action. Per Your Honor's Order dated July 21, 2020, we write on behalf of all parties to submit the enclosed proposed Scheduling Order.

Respectfully submitted,

*/s/ Bennet J. Moskowitz*
Bennet J. Moskowitz

Encl.: Proposed Scheduling Order