# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>DARREN K. INDYKE AND RICHARD D. KAHN, in their capacities as executors of the ESTATE OF JEFFREY E. EPSTEIN, GHISLAINE MAXWELL, an individual,<br><br>　　　　　　　　　　Defendants. | Index No. 1:20-cv-00484-JGK-DCF<br><br>**[PROPOSED] SCHEDULING ORDER** |

**DEBRA FREEMAN, United States Magistrate Judge:**

　　It is hereby ORDERED that:

1. Defendant Ghislaine Maxwell ("Maxwell") shall serve her initial disclosures no later than August 10, 2020.

2. To the extent not already completed before Maxwell appeared in this action, the parties shall serve their initial document requests and interrogatories no later than August 21, 2020.

3. Any motions to amend the pleadings or to join any additional parties shall be filed no later than August 21, 2020.

4. All fact discovery shall be completed no later than November 6, 2020.

5. Expert discovery shall be conducted on the following schedule:

　　　a. Plaintiff's expert reports shall be served no later than November 6, 2020.
　　　b. Defendants' rebuttal reports shall be served no later than December 6, 2020.
　　　c. Expert discovery shall be completed no later than January 6, 2021.

6. The parties may stipulate to modify interim deadlines in this Scheduling Order, without seeking prior leave of Court.

Dated: New York, New York
　　　_____, 2020　　　　　　　　　　SO ORDERED:

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DEBRA C. FREEMAN
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge