UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

JANE DOE,

Plaintiff,

v.                                                                                          20-cv-00484-JGK

DARREN K. INDYKE and RICHARD D.
KAHN, in their capacities as executors of the
ESTATE OF JEFFREY E. EPSTEIN,
GHISLAINE MAXWELL, an individual,

    Defendants.

---------------------------------------------------------X

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, I Jeffrey S. Pagliuca, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant, Ghislaine Maxwell in the above-captioned action.

I submit in support of this Motion the attached Declaration of Jeffrey S. Pagliuca.

Dated: July 31, 2020.

                                                                        Respectfully submitted,

*s/ Jeffrey S. Pagliuca*
Jeffery S. Pagliuca, Colorado Atty. Reg. #12462
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
Phone:   303.831.7364
Fax:        303.832.2628
jpagliuca@hmflaw.com

*Attorney for Ghislaine Maxwell*

## CERTIFICATE OF SERVICE

    I certify that on July 31, 2020, I filed this *Motion for Admission Pro Hac Vice* with the Clerk of Court through CM/ECF, which will send notice of the filing to all parties of record.

    */s/ Nicole Simmons*