# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

JANE DOE,

Plaintiff,

v.

DARREN K. INDYKE and RICHARD D. KAHN, in their capacities as executors of the ESTATE OF JEFFREY E. EPSTEIN, GHISLAINE MAXWELL, an individual,

    Defendants.

---------------------------------------------------------X

20-cv-00484-JGK

## Declaration of Jeffrey S. Pagliuca in Support of Motion to Appear *Pro Hac Vice*

I, Jeffrey S. Pagliuca, declare as follows:

1. I am an attorney at law duly licensed in the State of Colorado. I am a member of the law firm Haddon, Morgan & Foreman, P.C., I respectfully submit this Declaration in support of my Motion to Appear *Pro Hac Vice*.

2. I have not ever been convicted of a felony.

3. I have not ever been censured, suspended, disbarred or denied admission or readmission by any court.

4. There are no disciplinary proceedings presently against me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 31, 2020.

                                              *s/ Jeffrey S. Pagliuca*

## CERTIFICATE OF SERVICE

  I certify that on Julyy 31, 2020, I filed this *Declaration of Jeffrey S. Pagliuca in Support of Motion to Appear Pro Hac Vice* with the Clerk of Court through CM/ECF, which will send notice of the filing to all parties of record.

                   *s/ Nicole Simmons*