## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

JANE DOE,

Plaintiff,

v.

DARREN K. INDYKE and RICHARD D. KAHN, in their capacities as executors of the ESTATE OF JEFFREY E. EPSTEIN, GHISLAINE MAXWELL, an individual,

  Defendants.

---------------------------------------------------------X

20-cv-00484-JGK

## **ORDER FOR ADMISSION *PRO HAC VICE*** 

The motion of Jeffrey S. Pagliuca for admission to appear and practice *pro hac vice* in this action is GRANTED.

Applicant has declared that he is a member in good standing of the bar of the State of Colorado; and that his contact information is as follows:

> Jeffrey S. Pagliuca, Atty. Reg. #12462
> HADDON, MORGAN AND FOREMAN, P.C.
> 150 East 10th Avenue
> Denver, CO 80203
> Phone: 303.831.7364
> Fax: 303.832.2628
> jpagliuca@hmflaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant, Ghislaine Maxwell in the above entitled action;

1

2

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Date: 8/5/2020

~~United States District Judge
John G. Koeltl~~

DEBRA FREEMAN
U.S. Magistrate Judge

(This resolves Dkt. 59.)