Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York 10022

troutman.com



---

**Mary Grace W. Metcalfe**
marygrace.metcalfe@troutman.com

August 20, 2020

<u>**VIA ECF**</u>

The Honorable Debra C. Freeman
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

> **Re:** *Jane Doe v. Darren K. Indyke and Richard D. Kahn, in their capacities as executors of the Estate of Jefferey E. Epstein, and Ghislaine Maxwell*, **No. 1:20-cv-00484-JGK-DCF**

Dear Judge Freeman:

  We represent Defendants Darren K. Indyke and Richard D. Kahn, as Co-Executors of the Estate of Jefferey E. Epstein (the "Co-Executors"), in the above-referenced action. We write solely to correct the record with regard to a misstatement in the letter filed by counsel for Plaintiff Jane Doe ("Plaintiff") this afternoon. Plaintiff's counsel, in a footnote, represented that they had "attached the full and complete email string concerning this issue for the Court's review and consideration." Doc. 71 n.1. However, Plaintiff's counsel omitted our reply sent today, before they filed their letter. The full chain is attached hereto.

                  Respectfully submitted,

                  <u>*s/ Mary Grace W. Metcalfe*</u>
                  Mary Grace W. Metcalfe

CC: All Counsel (via ECF)