

**PANISH
SHEA &
BOYLE**
LLP

August 21, 2020

**VIA ECF**

Hon. Debra C. Freeman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Doe v. Indyke, et al.,* **1:20-cv-000484-JGK-DCF**

Dear Judge Freeman:

      We are writing on behalf of our client, plaintiff Jane Doe, in the above-referenced litigation. On August 19, 2020, defendant Ghislaine Maxwell made a motion to stay proceedings in this action. Pursuant to the Court's August 14, 2020 Scheduling Order, the parties have conferred regarding a schedule for opposition and reply submissions and hereby propose that oppositions shall be filed on or before August 27, 2020 and replies shall be filed on or before September 4, 2020. Additionally, the parties agree that the motion to stay does not affect any other deadlines set by the Court's August 14, 2020 Scheduling Order, without prejudice to the parties' respective rights and legal positions.

The proposed briefing schedule is adopted.

Dated: 8/23/2020
SO ORDERED

*ulla fmr*
DEBRA FREEMAN
United States Magistrate Judge

Respectfully submitted,

PANISH SHEA & BOYLE

/s/ Robert Glassman

Robert Glassman