UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANE DOE

                Plaintiff,        20 cv 484 (JGK)

    - against -                ORDER

DARREN K. INDYKE, ET AL.

              Defendants.

---

JOHN G. KOELTL, District Judge:

    The motion to dismiss is withdrawn without prejudice to renewal at such time that the stay in the case is lifted. The Clerk is directed to close Docket Nos. 36 & 38.

    SO ORDERED.

Dated:    New York, New York
            October 27, 2020

                                          John G. Koeltl
                                     United States District Judge