Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York  10022

troutman.com



**Bennet J. Moskowitz**
bennet.moskowitz@troutman.com

December 14, 2020

**VIA ECF**

The Honorable Debra C. Freeman
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

**Re:** *Jane Doe v. Darren K. Indyke and Richard D. Kahn, in their capacities as executors of the Estate of Jefferey E. Epstein, and Ghislaine Maxwell*
No. 1:20-cv-00484-JGK-DCF

Dear Judge Freeman:

Pursuant to the Court's Order dated September 14, 2020 (Doc. 81), Plaintiff Jane Doe; Defendants Darren K. Indyke and Richard D. Kahn, Co-Executors of the Estate of Jeffrey E. Epstein; and Defendant Ghislaine Maxwell, jointly submit this status report. Plaintiff submitted her claim to the Epstein Victims' Compensation Program on September 3, 2020 and has since been actively participating in the Program.

Respectfully submitted,

*/s/ Robert Glassman*
Robert Glassman, Esq.
Panish Shea Boyle LLP

*/s/ Bennet J. Moskowitz*
Bennet J. Moskowitz, Esq.
Troutman Pepper Hamilton Sanders LLP

*/s/ Laura Menninger*
Laura Menninger, Esq.
Haddon, Morgan and Foreman P.C.