

December 15, 2020

**VIA ECF**

Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> If the parties submit a stipulation, no conference is needed.  If not, the parties should appear for a conference on Tuesday, January 12, 2021 at 3:30 p.m.
> SO ORDERED
>                /s/ John G. Koeltl
> December 17, 2020    John G. Koeltl
> New York, NY          U.S.D.J.

     Re:    *Doe v. Indyke, et al.,* **1:20-cv-000484-JGK-DCF**
              **Case Status Update – Global Settlement Reached**

Dear Judge Koeltl:

     Plaintiff Jane Doe has decided to accept the offer of compensation made to her by the Epstein Victims' Compensation Program ("Program").  Pursuant to Individual Rule II.B., plaintiff is requesting a pre-motion conference on her request to dismiss this action with prejudice pursuant to Rule 41(a)(2).  Since any acceptance of an offer made by the Program requires that both defendants The Estate of Jeffrey Epstein and Ghislaine Maxwell be released in the settlement agreement, plaintiff will be seeking a stipulation from these defendants to a dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) with each party to bear its own fees and costs.

                                        Respectfully submitted,

                                          PANISH SHEA & BOYLE

                                          /s/ Robert Glassman

                                          Robert Glassman