```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------

**JANE DOE,**

                Plaintiff,        20 cv 484

                                    <u>ORDER</u>

    - against -

**DARREN K. INDYKE, ET AL.,**

                Defendants.

------------------------------------

**JOHN G. KOELTL, District Judge:**

    The parties should submit any motions in connection with dismissal of the case by **January 15, 2021**. Responsive papers are due **January 29, 2021**. Replies are due **February 5, 2021**.

    **SO ORDERED.**

**Dated:**    New York, New York
             December 23, 2020                  /s/ John G. Koeltl
                                                         **John G. Koeltl**
                                           **United States District Judge**