UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>      Plaintiff,<br><br>   v.<br><br>DARREN K. INDYKE and RICHARD D. KAHN, in their capacities as executors of the ESTATE OF JEFFREY E. EPSTEIN, GHISLAINE MAXWELL, an individual,<br><br>      Defendants. | Case No. 1:20-cv-00484-JGK_____ |

# NOTICE OF PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE PURSUANT TO FRCP 41(a)(2)

   PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and all prior pleadings and proceedings in this action, Plaintiff Jane Doe, will move this Court before the Hon. John G. Koeltl, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, for an Order, pursuant to Federal Rule of Civil Procedure Rule 41(a)(2), to dismiss this case with prejudice, with each side to bear their own costs and fees and according to the terms set forth in the previously submitted stipulation for dismissal executed by both plaintiff Jane Doe and defendants Darren Indyke and Richard Kahn, Co-Executors of the Estate of Jeffrey Epstein (ECF 87).

|   |   |
|---|---|
|  | Respectfully submitted, |
| Dated: January 15, 2021 | By:   /s/ Robert Glassman<br>       Robert Glassman<br>       PANISH SHEA & BOYLE LLP<br>       11111 Santa Monica Blvd., Suite 700<br>       Los Angeles, CA 90025<br>       Telephone:  (310) 477-1700<br>       Facsimile: (310) 477-1699<br>       glassman@psblaw.com<br>       *Attorneys for Plaintiff* |

i

## CERTIFICATE OF SERVICE

I hereby certify that on this 15 day of January, 2021, I electronically filed the foregoing **NOTICE OF PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE PURSUANT TO FRCP 41(a)(2)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Bennet Jerome Moskowitz<br>Charles Lawrence Glover<br>Mary Grace White Metcalfe<br>Molly S DiRago<br>Troutman Pepper Hamilton Sanders LLP<br>875 Third Avenue<br>New York, NY 10022<br>212-704-6000<br>bennet.moskowitz@troutmansanders.com<br>Charles.Glover@troutman.com<br>marygrace.metcalfe@troutman.com<br>molly.dirago@troutman.com<br><br>Attorney for Defendant, **Darren K. Indyke** and **Richard D Kahn** *in their capacities as executors of the Estate of Jeffrey E. Epstein* | Jeffrey S. Pagliuca<br>Laura A. Menninger<br>Haddon Morgan and Foreman<br>150 East 10th Avenue<br>Denver, CO 80203<br>(303)-831-7364<br>Fax: (303)-832-2628<br>jpagliuca@hmflaw.com<br>**lmenninger@hmflaw.com**<br><br>Attorney for Defendant, **Ghislaine Maxwell** |

/s/ Robert Glassman
Robert Glassman

ii