# EXHIBIT 1



# EPSTEIN VICTIMS' COMPENSATION PROGRAM
## FOR VICTIMS-SURVIVORS OF SEXUAL ABUSE BY JEFFREY EPSTEIN

February 4, 2021

RE:   **Important Update Regarding the Epstein VCP**

Dear Robert,

I am writing to inform you that, due to uncertainty about the liquidity of Estate assets to fund the Program, effective immediately, all compensation determination offers will be held until after the March 25, 2021 claims filing deadline or until such time that I have sufficient certainty that eligible claims can be timely and fully funded and paid.

Although I sincerely regret having to take this action, I have concluded that it is necessary to protect the interests of eligible claimants who have not yet resolved their claims through the Program and to preserve Program integrity. Issuing any compensation offer that cannot be timely and fully funded and paid, consistent with the way the Program has operated to date, would compromise claimants' interests and the guiding principles of the Program.

We will continue to accept claim filings through March 25, 2021, review claims, and hold meetings with claimants so that we can resume the issuance of compensation determination offers as soon as practicable. We will also continue to pay any compensation determination offers that were issued prior to this notice.

The Program is funded with Estate assets. Under the Program Protocol, the Estate agreed to "pay all eligible claims based on the Administrator's determination" and represented that sufficient assets and liquidity existed to pay all claims. When the available funds fall below a designated threshold amount, the Estate is required to promptly replenish the funds in order to ensure continuity of operations and certainty of funding to pay claims.

On February 3, 2021, the Estate informed me that it did not have sufficient liquidity to fully satisfy the most recent request for replenishment and that it could not predict when additional liquidity would be secured, prompting this action. The Estate has advised me that it is working to secure additional liquidity to continue to fund the Program and that it is committed to paying all eligible claims in accordance with the Protocol.

With this development, I felt it was imperative to take immediate action and notify current and potential claimants and their representatives. Please know that I remain deeply committed to ensuring that the Program continues to operate with transparency and integrity, and that all eligible claimants receive the compensation and validation they deserve.

I am continually inspired by the courage and resilience of the victims I have had the privilege of meeting, and truly regret having to implement these measures and the resulting delay and uncertainty this may cause. If you have any questions, please feel free to contact me.

Sincerely,

*Jordana H. Feldman*

Jordana H. Feldman
Administrator