Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York  10022

troutman.com

---

**Bennet J. Moskowitz**
bennet.moskowitz@troutman.com

March 12, 2021

**VIA ECF**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

> **Re:** *Jane Doe v. Darren K. Indyke and Richard D. Kahn, in their capacities as executors of the Estate of Jefferey E. Epstein, and Ghislaine Maxwell*
> **No. 1:20-cv-00484-JGK-DCF**

Dear Judge Koeltl:

    We represent Defendants Darren K. Indyke and Richard D. Kahn, as Co-Executors of the Estate of Jefferey E. Epstein (the "Co-Executors"), in the above-referenced action. Pursuant to the Court's Memorandum Opinion and Order dated March 8, 2021, we write to confirm that the stipulation and the additional conditions specified therein are acceptable to the Co-Executors.

Very truly yours,

*/s/ Bennet J. Moskowitz*

Bennet J. Moskowitz


cc:     All counsel of record (via ECF)