

**Haddon, Morgan and Foreman, P.C**
**Laura A. Menninger**

150 East 10th Avenue
Denver, Colorado 80203
PH 303.831.7364  FX 303.832.2628
www.hmflaw.com
lmenninger@hmflaw.com

March 18, 2021

*VIA ECF*

The Honorable John G. Koeltl
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *Doe v. Indyke, et al.,* 1:20-cv-000484-JGK-DCF

Dear Judge Koeltl:

Defendant Ghislaine Maxwell is providing this letter to inform the Court of her acceptance of the conditions specified by the Court on March 8, 2021.

It is unclear why the Plaintiff Jane Doe believed it necessary to file its March 11, 2021 "response to the Court's Memorandum Opinion and Order ("Opinion") dated March 8, 2021 (ECF 98)," or why she believed that Ms. Maxwell would not accept the imposition of the conditions that she herself had requested.

In light of the above notification of Ms. Maxwell's acceptance of the conditions specified by the Court on March 8, 2021, and Jane Doe's notification of the acceptance of the conditions in her March 11th filing, the other issues raised in Jane Doe's March 11, 2021 filing are moot.

Ms. Maxwell joins Plaintiff's request that the Court enter the dismissal of Jane Doe's case on the conditions specified in the March 8, 2021 Order.

Respectfully Submitted,

*[signature]*

Laura A. Menninger

CC: Counsel of Record *via* ECF