UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────

JANE DOE,

                  Plaintiff,        20-cv-484 (JGK)

      - against -              ORDER

DARREN K. INDYKE, RICHARD D. KAHN,
AND GHISLAINE MAXWELL,

                  Defendants.
───────────────────────────────────────

JOHN G. KOELTL, District Judge:

    By Order issued on March 8, 2020, the Court granted the plaintiff's motion for dismissal with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, subject to the following conditions being accepted by each of the parties to this action:

(1)  The plaintiff and the defendants Darren K. Indyke and Richard D. Kahn, in their capacities as executors of the Estate of Jeffrey E. Epstein (collectively, the "Epstein Estate"), shall each bear their own attorney's fees and costs of suit. Nothing herein shall be construed to preclude Ms. Maxwell from seeking fees or costs related to this matter from the Epstein Estate and from the plaintiff;

(2)  The plaintiff shall provide an unredacted and signed copy of the General Release (the "Release") the plaintiff executed with the Epstein Victims' Compensation Program (the "Program") by March 23, 2021,

together with a certification of its authenticity. The Release is subject to the Order on Plaintiff's Anonymity in this action and shall not be disclosed except pursuant to an Order of this Court.

By letters dated March 11, 12, and 18, 2021, each of the parties has indicated that party's acceptance of the terms of the stipulation and the additional conditions. Accordingly, the Court dismisses the case with prejudice and subject to the conditions enumerated herein. The Clerk is directed to enter Judgment accordingly and to close this case.

**SO ORDERED.**

**Dated:   New York, New York
          March 19, 2021**

           <u>   /s/ John G. Koeltl   </u>
            **John G. Koeltl
         United States District Judge**