UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JANE DOE,

                      Plaintiff,

    -against-                                20 **CIVIL** 484 (JGK)

                                                  **JUDGMENT**

DARREN K. INDYKE, RICHARD D. KAHN,
AND GHISLAINE MAXWELL,

                    Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 19, 2021, the Court granted the Plaintiff's motion for dismissal with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Judgment is hereby entered; accordingly, this case is closed.

**Dated:** New York, New York

        March 22, 2021

                                                        **RUBY J. KRAJICK**

                                                           Clerk of Court

                                BY:

                                                           **Deputy Clerk**