UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

JANE DOE,

    Plaintiff,

v.

DARREN K. INDYKE and RICHARD D. KAHN, in their capacities as executors of the ESTATE OF JEFFREY E. EPSTEIN, GHISLAINE MAXWELL, an individual,

    Defendants.

---------------------------------------------------------X

20-cv-00484-JGK

**AFFIDAVIT IN SUPPORT OF DEFENDANT**
**GHISLAINE MAXWELL'S BILL OF COSTS**

I, Laura A. Menninger, aver as follows:

1. I am counsel for defendant, Ghislaine Maxwell in *Doe v. Indyke, et al.*, No. 20-CV-00484-JGK (S.D.N.Y.). I am personally familiar with the costs incurred in connection with the litigation.

2. I am submitting this Affidavit in support of Ghislaine Maxwell's Bill of Costs.

3. The attached Bill of Costs and exhibits evidence the costs incurred by Ms. Maxwell in defense of this action.

4. Each of the costs claimed are allowed by law, specifically Local Civil Rule 54.1. Each are correctly stated and were necessarily incurred.

I swear under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

2

Executed on Dated: April 21, 2021.

             *s/ Laura A. Menninger*
             Laura A. Menninger