UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

JANE DOE,

Plaintiff,

v.

DARREN K. INDYKE and RICHARD D. KAHN, in their capacities as executors of the ESTATE OF JEFFREY E. EPSTEIN, GHISLAINE MAXWELL, an individual,

    Defendants.

---------------------------------------------------------X

20-cv-00484-JGK

### DEFENDANT GHISLAINE MAXWELL'S NOTICE OF APPLICATION FOR COSTS SOUGHT AGAINST PLAINTIFF

PLEASE TAKE NOTICE that, upon Defendant Ghislaine Maxwell's Bill of Costs, the exhibits annexed thereto, the Affidavit of Laura A. Menninger dated May 27, 2021, and all other pleadings and proceedings herein, the Defendant will move this Court before the Orders and Judgment Clerk, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, Room 250, New York, NY 10007 on June 11, 2021 at 11:30 am, or as soon thereafter as counsel may be heard, at a time and date to be determined as convenient for the Court, for an order pursuant to Rule 54 of the Fed. R. Civ. P., Local Civil Rule 54.1, and 28 U.S.C. §§ 1920 and 1923, granting fees and costs sought by Ms. Maxwell and granting such other relief that this Court deems proper.

Dated: May 27, 2021
       New York, New York

Respectfully submitted,

*s/ Laura A. Menninger*
Laura A. Menninger (LM-1374)
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
Phone:   303.831.7364
Fax:       303.832.2628
lmenninger@hmflaw.com

*Attorneys for Ghislaine Maxwell*

1

**CERTIFICATE OF SERVICE**

      I certify that on May 27, 2021, I electronically filed the foregoing *Defendant Ghislaine Maxwell's Notice of Application for Costs Sought Against Plaintiff* on with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Kevin Boyle<br>Robert Glassman<br>Panish, Shea & Boyle<br>11111 Santa Monica Blvd., Ste 700<br>Los Angeles, CA 90025<br>boyle@psblaw.com<br>glassman@psblaw.com | Bennet J. Moskowitz<br>Charles L. Glover<br>Mary Grace W. Metcalfe<br>Troutman Pepper Hamilton Sanders LLP<br>875 Third Avenue<br>New York, NY 10022<br>bennet.moskowitz@troutman.com<br>charles.glover@troutman.com<br>marygrace.metcalfe@troutman.com<br><br>Molly S. DiRago<br>Troutman Pepper Hamilton Sanders LLP<br>227 W. Monroe Street, Suite 3900<br>Chicago, IL 60606<br>molly.dirago@troutman.com<br><br>*s/ Nicole Simmons* |