

June 10, 2021

**VIA ECF**

Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Doe v. Indyke, et al.,* **1:20-cv-000484-JGK-DCF**

Dear Judge Koeltl:

    Plaintiff Jane Doe is in receipt of Defendant Ghislaine Maxwell's Notice of Taxation of Costs which is seeking $13.70 from Plaintiff. (ECF No. 109). As this Court knows, after Ms. Maxwell moved the Court to stay this case, the parties reached a global settlement agreement in which one of the conditions was that Plaintiff had to dismiss this case with prejudice against the Releasees to that agreement which included Ms. Maxwell and the Epstein Estate (which, of course, is what typically happens after a case gets settled). In light of the foregoing, Plaintiff disputes that Ms. Maxwell could be considered the prevailing party and entitled to reimbursement of costs. Nonetheless, if the Court is inclined to grant Ms. Maxwell's request that Plaintiff send her $13.70 that is what Plaintiff will do.

    Respectfully submitted,

    PANISH SHEA & BOYLE

    /s/ Robert Glassman

    Robert Glassman