UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6-16-21
```

JANE DOE

          Plaintiff,

   - against -

DARREN K. INDYKE, ET AL.

          Defendants.

20 cv 484 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    Defendant, Ghislane Maxwell, seeks to have her costs in the amount of $13.70 taxed against the plaintiff because the plaintiff dismissed this action with prejudice against Ms. Maxwell.  The Clerk declined to tax costs because the plaintiff disputed whether Ms. Maxwell was a prevailing party.  This Court previously found that Ms. Maxwell was a prevailing party.  See ECF No. 98 at 5.  By letter dated June 10, 2021, ECF. No. 113, counsel for the plaintiff indicated that if the Court is inclined to grant Ms. Maxwell's request, the plaintiff will send the plaintiff the $13.70.  Because Ms. Maxwell is the prevailing party, the plaintiff should pay the costs in the amount of $13.70.

    SO ORDERED.

Dated:    New York, New York
           June 16, 2021

                                              John G. Koeltl
                                  United States District Judge