

November 24, 2021

**VIA ECF**

Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Doe v. Indyke, et al.,* 1:20-cv-000484-JGK-DCF

Dear Judge Koeltl:

Plaintiff Jane Doe hereby responds to the letter submitted by Ms. Maxwell's defense counsel on November 22, 2021 seeking authorization from this Court to disclose an unredacted copy of the settlement release as part of Ms. Maxwell's criminal defense.  As this Court previously stated in its Memorandum Opinion and Order (ECF No. 32), "the plaintiff has an understandable interest in maintaining her anonymity, and the Court entered an order to protect it."  As a condition of the dismissal of this action, Plaintiff produced to Ms. Maxwell an authentic, unredacted and signed copy of the settlement release.  Plaintiff's anonymity, however, would be severely compromised if an unredacted copy of the release were to be used by Ms. Maxwell "as part of her criminal defense."  Indeed, nowhere in Ms. Maxwell's letter does she actually state how the unredacted release would be used in her criminal case or which witnesses or persons she would show it to.  Accordingly, and contrary to this Court's previous ruling, there is no way of knowing that the unredacted copy of the release will be "used only for a proper purpose."  (Id. at 6).  Plaintiff is also unaware of what protections are in place, if any, in the criminal case that would maintain her anonymity in the event that an unredacted copy of the release was to be used in some way by Ms. Maxwell.

Further, it is Plaintiff's understanding that Ms. Maxwell's Rule 17(c) subpoena issued to the EVCP for the settlement release has been granted by Judge Nathan.  Accordingly, the matter currently before this Court is moot.

In light of the foregoing, Plaintiff respectfully requests that the Court deny Ms. Maxwell's request allowing her to disclose a copy of the unredacted release.

11111 Santa Monica Boulevard, Suite 700 • Los Angeles, California 90025 • 310.477.1700 phone • 310.477.1699 fax • www.psblaw.com

PANISH
SHEA &
BOYLE
LLP

Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse

November 24, 2021
Page 2

        Respectfully submitted,

        PANISH SHEA & BOYLE

        /s/ Robert Glassman

        Robert Glassman