**Haddon, Morgan and Foreman, P.C**
**Laura A. Menninger**

150 East 10th Avenue
Denver, Colorado 80203
PH 303.831.7364  FX 303.832.2628
www.hmflaw.com
lmenninger@hmflaw.com

December 2, 2021

*VIA ECF*

The Honorable John G. Koeltl
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

   **Re:** *Doe v. Indyke, et al.,* **1:20-cv-000484-JGK-DCF**

Dear Judge Koeltl:

I write to withdraw Ms. Maxwell's November 22, 2021 letter request for permission to use the unredacted release in her defense in Case No. 20-cr-330-AJN. Due to developments in the criminal proceeding, that request is now moot. I therefore also request that this Court vacate the status conference presently set for 2:30 p.m. on December 6, 2021.

Respectfully Submitted,

Laura A. Menninger

CC: Counsel of Record *via* ECF