

Haddon, Morgan and Foreman, P.C
Laura A. Menninger

150 East 10th Avenue
Denver, Colorado 80203
PH 303.831.7364 FX 303.832.2628
www.hmflaw.com
lmenninger@hmflaw.com

December 2, 2021

***VIA ECF***

The Honorable John G. Koeltl
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      **Re:** *Doe v. Indyke, et al.,* **1:20-cv-000484-JGK-DCF**

Dear Judge Koeltl:

I write to withdraw Ms. Maxwell's November 22, 2021 letter request for permission to use the unredacted release in her defense in Case No. 20-cr-330-AJN. Due to developments in the criminal proceeding, that request is now moot. I therefore also request that this Court vacate the status conference presently set for 2:30 p.m. on December 6, 2021.

Respectfully Submitted,

*/s/ Laura A. Menninger*

Laura A. Menninger

CC: Counsel of Record *via* ECF

*[Handwritten note:] The conference scheduled for 12/6/21 is Canceled. So ordered. J. Koeltl 12/3/21 U.S.D.J.*